UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT GREENEVILLE, TENNESSEE

**ELLISA WHITSON,**

    Plaintiff

vs.

No: 2:12-CV-36
(Mattice/Carter)

**THE BRACHFELD LAW GROUP, DEFENDANT DOE and LVNV FUNDING, LLC,**

    Defendants

## STIPULATION FOR DISMISSAL

Plaintiff Ellisa Whitson and Defendants The Brachfeld Law Group, PC, and LVNV Funding, LLC, hereby stipulate to the dismissal of this matter with prejudice. Each party shall bear their own fees, costs and expenses.

This the 2nd day of May, 2012.

| | |
|---|---|
| /s/ *Everett H. Mechem* | /s/ *John M. Lawhorn* |
| Everett H. Mechem, Esq. (BPR No: 11854) | John M. Lawhorn (BPR No: 14388) |
| **ATTORNEY AT LAW** | **FRANTZ, MCCONNELL & SEYMOUR, LLP** |
| 220 Broad Street, Suite 206 | P.O. Box 39 |
| Kingsport, TN 37660 | Knoxville, TN 37901 |
| 423-207-1300 | 865-546-9321 |
| Attorney for Plaintiff | Attorney for Defendants |

S:\WDOX\CLIENTS\5559\0000006\PLEADING\00853791.DOC